

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00556-CV

———————————————

TRAVIS TWINING, Appellant

V.

ABBY FROST, Appellee

---

On Appeal from County Court at Law No. 2
Wichita County, Texas
Trial Court No. CCL2-FM2021-0082

---

Before Kerr, Birdwell and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered "Appellant's Motion to Non-Suit Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 16, 2025